GLEN WALL ASSOCIATES v. TOWNSHIP OF WALL.

July 2, 1984.

Petition for certification granted.

IN THE MATTER OF THE COMMITMENT OF R.M.

July 2, 1984.

Petition for certification denied.

HARTZ MOUNTAIN INDUSTRIES, INC. v. JOSEPH BONNANO.

July 2, 1984.

Petition for certification denied.

HARTZ MOUNTAIN INDUSTRIES, INC. v. JOSEPH BONNANO.

July 2, 1984.

Cross-petition for certification denied.